# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIANA JULIUS,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**DELOITTE CONSULTING LLP,** )<br>)<br>Defendant. ) | Case No. 20-cv-542-RJD |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter having come before the Court upon a Notice of Dismissal (Doc. 7) filed by the plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June, 2020, this case is **DISMISSED without prejudice**. Each party to bear their own costs.

DATED: June 30, 2020         MARGARET M. ROBERTIE
                             CLERK OF COURT

                             By: *s/ Jamie Melson*
                                 Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**